# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO MARQUEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. ED CV 15-1561 MRW<br><br>JUDGMENT |

　　It is the judgment of this Court that the decision of the Administrative Law Judge is VACATED, and the matter is REMANDED to the Social Security Administration on an open record for further proceedings consistent with the Court's Order.

Date: April 27, 2016　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HON. MICHAEL R. WILNER
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE